KRIDER BUILDING MATERIAL CO., INC., Appellant, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Respondent, and PERCY BOULEVARD CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FORTUNATA MASTROBUONO, Appellant, Respondent, v. CARMEN LANGE, as Sole Surviving Executrix of the Estate of LUDWIG KUENSTLER, Deceased, Respondent, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

HERMAN PHILLIPS, Appellant, v. FRANCES PHILLIPS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

EDWARD A. SCHMIDT, Respondent, v. MASSAPEQUA, INC. (Formerly MASSAPEQUA HOLDING CORPORATION), and Others, Defendants; LEON M. PRINCE and Another, Copartners, HOWARD O. WOOD and Another, Copartners, Appellants. (Appeals Nos. 1 and 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SEAFORD LAND AND IMPROVEMENT CORPORATION, a Domestic Corporation, and MAY DI PALMA, Appellants, v. NALMITH REALTY CORPORATION, Respondent, and Others, Defendants.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. On the court's own motion, the decision of this court handed down on April 6, 1934 [*ante*, p. 821], is hereby amended to read as follows: Judgment reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event, on the grounds that the determination that the bond and mortgage were executed as the result of undue influence and duress and that after the execution and delivery of the bond and mortgage by the defendant, respondent, the said bond and mortgage were materially altered is against the weight of evidence. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

JOSEPH SIGELMAN, Appellant, v. FRANK H. INNES, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.